**Complete and Mail To:**
**BORRELLI & ASSOCIATES, P.L.L.C.**
**Attn: SHANNON KLEMKA, on behalf of herself, individually, and on behalf of all others similarly-situated v. DRAKMOR INC., and SHERYL R. MORSON, individually, and JOHN DRAKOPOULOS, individually**
**910 Franklin Avenue, Suite 205**
**Garden City, New York 11530**
**Tel: (516) 248-5550**
**Fax: (516) 248-6027**

## CONSENT TO JOIN COLLECTIVE ACTION

I hereby consent to join the lawsuit entitled SHANNON KLEMKA, on behalf of herself, individually, and on behalf of all others similarly-situated v. DRAKMOR INC., and SHERYL R. MORSON, individually, and JOHN DRAKOUPOULOS, individually, Docket No.: 26-cv-8268, brought pursuant to the Fair Labor Standards Act, the New Jersey Wage and Hour Law, the New Jersey Wage Payment Law, and New Jersey common law.

By signing below, I state that I am currently or was formerly employed by the Defendants at some point during the relevant statutory period(s). I elect to join this case in its entirety with respect to any claims asserted in the Complaint filed in this matter and/or under any Federal and/or State law, rule, or regulation.

I hereby designate Borrelli & Associates, P.L.L.C. to represent me for all purposes of this action.

| | |
|---|---|
| July 5, 2026 | [signature] |
| Date | Signature |
| [redacted] | Shannon Klemka |
| Telephone Number | Full Legal Name (Print) |
| [redacted] | [redacted] |
| Email Address | Street Address |
| September 2024 - August 2025 | [redacted] |
| Dates of Employment with Defendants | City, State, Zip Code |