**Complete and Mail To:**
**BORRELLI & ASSOCIATES, P.L.L.C.**
**Attn: SHANNON KLEMKA, on behalf of herself, individually, and on behalf of all others similarly-situated v. DRAKMOR INC., and SHERYL R. MORSON, individually, and JOHN DRAKOPOULOS, individually**
**910 Franklin Avenue, Suite 205**
**Garden City, New York 11530**
**Tel: (516) 248-5550**
**Fax: (516) 248-6027**

# CONSENT TO JOIN COLLECTIVE ACTION

I hereby consent to join the lawsuit entitled SHANNON KLEMKA, on behalf of herself, individually, and on behalf of all others similarly-situated v. DRAKMOR INC., and SHERYL R. MORSON, individually, and JOHN DRAKOUPOULOS, individually, Docket No.: ________________, brought pursuant to the Fair Labor Standards Act, the New Jersey Wage and Hour Law, the New Jersey Wage Payment Law, and New Jersey common law.

By signing below, I state that I am currently or was formerly employed by the Defendants at some point during the relevant statutory period(s). I elect to join this case in its entirety with respect to any claims asserted in the Complaint filed in this matter and/or under any Federal and/or State law, rule, or regulation.

I hereby designate Borrelli & Associates, P.L.L.C. ("Plaintiff's Counsel") to represent me for all purposes of this action.

I also designate Shannon Klemka, the class representative who brought the above-referenced lawsuit, as my agent to make decisions on my behalf concerning the litigation and the method and manner of conducting the litigation. I also state that I have entered into my own retainer agreement with Plaintiff's Counsel or consent to the retainer agreement entered into by Ms. Klemka concerning attorneys' fees and costs, as well as all other matters pertaining to this lawsuit.

7/28/26 — Date

Tara Manfredi — Signature

Redacted

Tara Leigh Manfredi — Full Legal Name (Print)

Email Address

Redacted

Street Address

12/20 - 5/25 — Dates of Employment with Defendants

Redacted

City, State, Zip Code