UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SHANNON KLEMKA, *on behalf of herself, individually, and on behalf of all others similarly-situated,*<br><br>Plaintiffs,<br><br>v.<br><br>DRAKMOR INC., *et al.,*<br><br>Defendants. | Civ. No. 26-8268 (RK)(JBD)<br><br>ORDER ADMITTING<br>JAMIE S. FELSEN, ESQ.<br>*PRO HAC VICE* |

THIS MATTER having been brought before the Court by Joseph M. Labuda, Esq., of Milman Labuda Law Group PLLC, counsel for defendants on notice to the plaintiffs, for an Order admitting Jamie S. Felsen, Esq., *pro hac vice* [Dkt. 10]; and the Court having considered all papers submitted in support of the application; and for good cause shown,

**IT IS** on this 6th day of August, 2026,

**ORDERED** that defendants' application be and it hereby is granted; and it is further

**ORDERED** that Jamie S. Felsen, Esq., who is a member in good standing of the Bar of the State of New York, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that Jamie S. Felsen, Esq. shall abide and be bound by the Rules of the United States District Court for the District of New Jersey, and all disciplinary rules, including but not limited to Rules 6 and 7 of the Rules of Attorney Disciplinary Enforcement of the United States Court of Appeals for the Third Circuit; and it is further

**ORDERED** that Jamie S. Felsen, Esq. shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Jamie S. Felsen, Esq. shall make payment of $250.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Jamie S. Felsen, Esq. shall notify this Court immediately of any disciplinary charges brought against them in the bar of any other court; and it is further

**ORDERED** that a member of the bar of this Court shall (a) be attorney of record in this case in accordance with L. Civ. R. 101.1(c)(4); (b) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign all pleadings, briefs, and other papers submitted to this Court; and (d) be responsible for the conduct of the cause and counsel in this matter.

J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE