Anthony P. Consiglio, Esq.
NJ Bar # 465412024
BORRELLI & ASSOCIATES, P.L.L.C.
910 Franklin Avenue, Suite 205
Garden City, New York 11530
Tel: (516) 248-5550
Fax: (516) 248-6027
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SHANNON KLEMKA, on behalf of herself, individually, and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>– against –<br><br>DRAKMOR INC., and SHERYL R. MORSON, individually, and JOHN DRAKOPOULOS, individually,<br><br>Defendants. | 26 CV 8268 (RK) (JBD) |

**NOTICE OF PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION, DISCLOSURE OF CONTACT INFORMATION, AND LEAVE TO DISTRIBUTE NOTICE PURSUANT TO 29 U.S.C. § 216(b)**

PLEASE TAKE NOTICE that upon the annexed Declaration of Shannon Klemka dated November 20, 2026, Declaration of Renee Manfredi dated November 21, 2026, Declaration of Tara Manfredi dated November 24, 2026, and Declaration of Anthony P. Consiglio, Esq., dated November 24, 2026, with accompanying Exhibits A through D attached thereto, and the accompanying Memorandum of Law, Plaintiff Shannon Klemka and Opt-In Plaintiffs Renee Manfredi and Tara Manfredi will move this Court, before the Honorable J. Brendan Day, at the Clarkson S. Fisher Building and United States Courthouse, 402 East State Street, Courtroom 7-E, Trenton, New Jersey 08608, on a date set by the Court, for an Order pursuant to 29 U.S.C. § 216(b):

(1) Conditionally certifying this case as a Fair Labor Standards Act ("FLSA") collective action consisting of "current and former non-managerial employees of Defendants, who during the applicable FLSA limitations period performed any work for Defendants as servers and who give consent to file a claim to recover unpaid minimum wages, tips, and liquidated damages that are legally due to them" ("potential collective action members");

(2) Requiring Defendants, within fourteen days of the Court's Order, to produce a computer-readable data file containing the names, last known mailing addresses, all known home and mobile telephone numbers, rates of pay, and dates of employment of all potential collective action members;

(3) Permitting Plaintiffs to disseminate to the potential collective action members the Notice of Lawsuit and Consent to Join Form ("Notice") in the forms attached to the Declaration of Anthony P. Consiglio, Esq. as **Exhibits A, B, C, and D**, *via* regular mail, email, and text message, and permitting a sixty-day opt-in period; and

(4) Requiring Defendants to post the Notice in a common area of their restaurant and supply proof, through a photograph and affidavit, that it will remain there unobstructed throughout the pendency of the opt-in period; and

(5) Granting any other further relief that the Court deems just and proper.

Dated: Garden City, New York
November 24, 2026

Respectfully submitted,

BORRELLI & ASSOCIATES, P.L.L.C.
*Attorneys for Plaintiffs*
910 Franklin Avenue, Suite 205
Garden City, New York 11530
Tel.: (516) 248-5550
Fax: (516) 248-6027

By: ______________________________
ANTHONY P. CONSIGLIO, ESQ.