Anthony P. Consiglio, Esq.
NJ Bar # 465412024
BORRELLI & ASSOCIATES, P.L.L.C.
910 Franklin Avenue, Suite 205
Garden City, New York 11530
Tel: (516) 248-5550
Fax: (516) 248-6027
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SHANNON KLEMKA, on behalf of herself, individually, and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>– against –<br><br>DRAKMOR INC., and SHERYL R. MORSON, individually, and JOHN DRAKOPOULOS, individually,<br><br>Defendants. | 26 CV 8268 (RK) (JBD) |

**DECLARATION OF ANTHONY P. CONSIGLIO, ESQ.**
**IN SUPPORT OF PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION, DISCLOSURE OF CONTACT INFORMATION, AND LEAVE TO DISTRIBUTE NOTICE PURSUANT TO 29 U.S.C. § 216(b)**

I, Anthony P. Consiglio, an attorney duly admitted to practice in this Court, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an attorney at Borrelli & Associates, P.L.L.C., and am counsel for named-Plaintiff Shannon Klemka, as well as opt-in Plaintiffs Renee Manfredi and Tara Manfredi, in this matter. I submit this Declaration in support of Plaintiffs' motion for conditional certification, disclosure of contact information, and leave to distribute notice pursuant to 29 U.S.C. § 216(b).

2. On July 6, 2026, Plaintiff Klemka filed the Complaint in this action (ECF No. 1) on behalf of herself, individually, and on behalf of all other similarly-situated employees against

her former employers, Defendants Drakmor Inc., and individuals Sheryl R. Morson and John Drakopoulos, for Defendants' violations of the minimum wage, tip pooling, and tip retention provisions of the Fair Labor Standards Act ("FLSA"), various provisions of the New Jersey Wage and Hour Law ("NJWHL") and the New Jersey Wage Payment Law ("NJWPL") and their supporting regulations, and New Jersey common law.

3. On that same date, Plaintiff Klemka filed her consent to join form. (ECF Doc. 3).

4. On July 8, 2026 and July 28, 2026, respectively, opt-in Plaintiffs Renee Manfredi and Tara Manfredi filed their consent to join forms. (ECF Doc. 5, 11).

5. On September 8, 2026, Defendants filed their Answer to the Complaint. (ECF No. 16).

6. A proposed FLSA collective action notice of pendency and consent to join form is attached hereto as Exhibit A.

7. A proposed text message, which will contain a link to the notice or reminder notice, as appropriate, located on our firm's website, is attached hereto as Exhibit B.

8. A proposed email, which will contain the FLSA collective action notice of pendency, or reminder notice, as appropriate, as an email attachment, is attached hereto as Exhibit C.

9. A proposed FLSA collective action notice of pendency reminder notice is attached hereto as Exhibit D.

Dated: Garden City, New York
November 24, 2026

Respectfully submitted,

BORRELLI & ASSOCIATES, P.L.L.C.
*Attorneys for Plaintiffs*
910 Franklin Avenue, Suite 205
Garden City, New York 11530
Tel. (516) 248-5550
Fax. (516) 248-6027

By: ______________________________
ANTHONY P. CONSIGLIO, ESQ.