**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SHANNON KLEMKA, on behalf of herself, individually, and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>– against –<br><br>DRAKMOR INC., and SHERYL R. MORSON, individually, and JOHN DRAKOPOULOS, individually,<br><br>Defendants. | 26 CV 8268 (RK) (JBD) |

## COURT AUTHORIZED NOTICE OF LAWSUIT

If you worked for DRAKMOR INC., which does business as both Flemington Diner and Flemington-Raritan Diner located at 324 Route 31, Flemington, New Jersey, or individuals SHERYL R. MORSON or JOHN DRAKOPOULOS (together as "Defendants"), at any time between July 6, 2023, and the present, as a server, ***please read this Notice.***

*Important: You are NOT being sued. This Notice is NOT a solicitation.from a lawyer.*
*The Court authorized this Notice.*

- Shannon Klemka, Renee Manfredi, and Tara Manfredi ("Plaintiffs”) are former servers who worked at the Diner whom Defendants paid on an hourly basis.
- Plaintiff Klemka brought this collective action lawsuit against Defendants on behalf of herself and all other current and former hourly-paid servers who performed any work for Defendants at any time between July 6, 2023, and the present. Plaintiffs Rene Manfredi and Tara Manfredi have since joined the case. Plaintiffs claim, among other things, that they were paid less than the minimum wage and that Defendants retained a portion of their tips, in violation of the federal Fair Labor Standards Act, the New Jersey Wage Payment Law, and the New Jersey Wage and Hour Law. Defendants deny any wrongdoing and maintain that they paid all of their employees in accordance with federal and New Jersey law.
- The Court has authorized Plaintiffs to send out this Notice. The Court has not yet decided who is right or who is wrong. However, your legal rights may be affected, and you have a choice to make now.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| ASK TO BE INCLUDED | If you choose to be included in this collective action, you must complete and return the "Consent to Join Lawsuit" form at the end of this Notice. You may then share in any proceeds from a settlement or judgment if those bringing the claims are successful, but you give up any rights to separately sue the Defendants for the same legal claims in this lawsuit. |
| DO NOTHING | By doing nothing, you will not be included in this lawsuit at this time. |

## 1. Why did I get this notice?

You are getting this notice because Defendants' records show that you may have worked for Defendants at some point between July 6, 2023, and the present, as a server.

## 2. What is a collective action and who is involved?

In a collective action lawsuit, one or more persons can bring a lawsuit on behalf of others who have similar claims. The individuals who brought or who have joined this lawsuit are called the Plaintiffs. The corporate entity and the individuals who are being sued are called the Defendants. One court resolves the issues for everyone who decides to join the case.

## 3. What is this collective action lawsuit about?

Plaintiffs allege that Defendants' compensation practices violated federal and New Jersey law. Plaintiffs claim that they and others who worked for Defendants are entitled to unpaid minimum wages, tips, liquidated damages, attorneys' fees, and costs.

Defendants deny any wrongdoing and/or liability and maintain that they paid all of their employees in accordance with federal and New Jersey law.

## 4. What is the purpose and effect of this notice?

This notice is for the sole purpose of determining those persons who wish to be involved in this case.

If you elect to join this proceeding, and Plaintiffs successfully obtain a settlement or a judgment, you may be entitled to some portion of the recovery if you qualify under the law. There are no assurances that any recovery will be awarded.

You should be aware that a claim under the Fair Labor Standards Act must be brought within two years of the date that the claim accrues, unless you can prove that your employer's violation was willful, in which case the claim must be brought within three years.

## 5. How do I ioin this collective action lawsuit?

To participate in this lawsuit, you need to fill out the enclosed form titled "Consent to Join Lawsuit" and mail it in the enclosed, postage-paid envelope, to Plaintiffs' counsel, Borrelli & Associates, P.L.L.C.. Should the enclosed envelope be lost or misplaced, the Consent to Join Lawsuit form must be sent to:

Borrelli & Associates, P.L.L.C.
910 Franklin Avenue, Suite 205
Garden City, New York 11530
Tel: (516) 248-5550

You can also: fax this Consent to Join Lawsuit form to (516) 248-6027; or scan and email it to:
**mjb@employmentlawyernewyork.com**

The signed Consent to Join Lawsuit form must be filed with the Court by [60 days from mailing of notice]. If your signed Consent to Join Lawsuit form is not filed with the Court by [60 days from mailing of notice], you may not be allowed to participate in this lawsuit.

## 6. If I choose to join this lawsuit, will I have to participate in any legal proceeding?

Most likely, if you choose to join this lawsuit, you will be required to provide information and answer questions relating to your employment with Defendants. You may be required to testify at a deposition or at a trial, respond to written questions, and/or produce documents relevant to the case. For this reason, if you join the lawsuit, you should preserve all documents relating to your employment with the Defendants that are currently in your possession. Plaintiffs' attorneys will assist you with these requirements if you elect for them to represent you, as explained in section 10 below.

If you join this lawsuit, you will be bound by any ruling, settlement, or judgment, whether favorable or unfavorable.

## 7. What happens if I do nothing at all?

You will not be included in this lawsuit, and you will not be affected by any settlement or judgment rendered in this case, whether favorable or unfavorable. The limitations period on your claims will, however, continue to run.

## 8. Can I participate in this collective action regardless of my immigration status?

Yes. You have a right to participate in this lawsuit regardless of your immigration status.

## 9. If I join, will there be any impact on my employment?

No. Federal and New Jersey law both prohibit Defendants and their counsel from discharging or in any other manner retaliating against you because you have joined this case or have in any other way exercised your rights under federal and New Jersey law.

## 10. Do I have a lawyer in this case?

Plaintiffs are represented by Borrelli & Associates, P.L.L.C. If you choose to join this lawsuit, Borrelli & Associates, P.L.L.C. will represent you on a contingency fee basis, meaning that you will not owe any attorneys' fees unless Plaintiffs are successful and win the case or obtain a settlement, in which case the Court will likely determine the amount of attorneys' fees to be paid from any such judgment or settlement.

You do not have to be represented by Borrelli & Associates, P.L.L.C. and may instead hire another attorney of your choosing or represent yourself *pro se* without the assistance of a lawyer. If you intend to retain your own lawyer or to represent yourself, you should indicate this on the Consent to Join Lawsuit form. If you send back your form but do not indicate that you intend to retain your own lawyer or to represent yourself, the Court will assume that you want Borrelli & Associates, P.L.L.C. to represent you.

## 11. This Notice has been authorized by the Court.

This notice and its contents have been authorized by Magistrate Judge J. Brendan Day of the United States District Court for the District of New Jersey, located in Trenton, New Jersey. The Court has not yet ruled on whether Plaintiffs' claims or Defendants' defenses have any merit.

**PLEASE DO NOT WRITE OR CALL THE COURT OR THE CLERK OF THE COURT ABOUT THIS NOTICE.**

Although the Court has approved the sending of this Notice, the Court does not express any opinion on the merits of the lawsuit. If you have any questions, you may contact Plaintiffs' attorneys, Borrelli & Associates, P.L.L.C., by telephone at (516) 248-5550, or in writing at Borrelli & Associates, P.L.L.C., 910 Franklin Avenue, Suite 205, Garden City, New York 11530, or by email at mjb@employmentlawyernewyork.com.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SHANNON KLEMKA, on behalf of herself, individually, and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>– against –<br><br>DRAKMOR INC., and SHERYL R. MORSON, individually, and JOHN DRAKOPOULOS, individually,<br><br>Defendants. | 26 CV 8268 (RK) (JBD) |

IF YOU RECEIVED THIS FORM AND WANT TO JOIN THIS LAWSUIT, PLEASE COMPLETE THESE TWO STEPS:

1. COMPLETE AND SIGN THIS "CONSENT TO JOIN LAWSUIT" FORM; AND
2. USE THE ENCLOSED ENVELOPE TO RETURN THIS FORM TO THE ADDRESS BELOW NOT LATER THAN [60 Days from Date of Mailing of Notice].

Borrelli & Associates, P.L.L.C.
910 Franklin Avenue, Suite 205
Garden City, New York 11530
Tel: (516) 248-5550

You can also: fax the Consent to Join Lawsuit form to (516) 248-6027; or scan and email it to **mjb@employmentlawyernewyork.com**

**I CHOOSE TO BE REPRESENTED BY:**

☐ Borrelli & Associates, P.L.L.C. I authorize Plaintiff Shannon Klemka and Borrelli & Associates, P.L.L.C. to act on my behalf in all matters relating to this action, including any settlement of my claims brought under federal and state laws.

☐ Another attorney of my choosing, who shall promptly file a notice of appearance on my behalf.

☐ Myself, pro se, without the assistance of an attorney.

If you do not select any of the representation options above but send back your form to Borrelli & Associates, P.L.L.C., you will automatically be represented by Plaintiff's lawyers, Borrelli & Associates, P.L.L.C. Moreover, failure to select a representation option above will authorize Shannon Klemka and Borrelli & Associates, P.L.L.C. to act on your behalf in all matters relating to this action, including any settlement of your federal and state law claims. You are permitted to proceed with alternative counsel of your own choosing or to represent yourself *pro se* without the assistance of an attorney.

| | |
|---|---|
| **Signature** | **Print Name** |
| **Address** | **City, State, Zip Code** |
| **Telephone Number** | **Email Address** |
| **Start Date of Employment** | **End Date of Employment** |