**PROPOSED TEXT MESSAGE NOTICE OF LAWSUIT**

**COURT AUTHORIZED NOTICE OF LAWSUIT**

If you worked for Drakmor Inc., which does business as both Flemington Diner and Flemington-Raritan Diner, or individuals Sheryl R. Morson or John Drakopoulos (collectively as "Defendants"), at any time between July 6, 2023, and the present, as a server, you might be entitled to join a lawsuit seeking backpay for unpaid wages, unpaid tips, and other statutory damages. For additional information about the case, including how to join, visit [*URL linking to a copy of the court-authorized notice form and/or the court- authorized reminder notice when applicable*].

THIS ELECTRONIC NOTICE AND ITS CONTENTS ARE NOT SPAM OR A SOLICITATION TO JOIN A LAWSUIT. THE COURT HAS NOT TAKEN ANY POSITION REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR OF THE DEFENDANTS' DEFENSES.