# PROPOSED EMAIL NOTICE OF LAWSUIT

**SUBJECT:** **"COURT AUTHORIZED MESSAGE: *Shannon Klemka et al. v. Drakmor Inc. et al.*, Case No. 26-cv-8268 (RK) (JBD) (D.N.J.)"**

If you worked for Drakmor Inc., which does business as both Flemington Diner and Flemington-Raritan Diner, or individuals Sheryl R. Morson or John Drakopoulos (collectively as "Defendants"), at any time between July 6, 2023, and the present, as a server, you might be entitled to join a lawsuit seeking backpay for unpaid wages, unpaid tips, and other statutory damages. For additional information about the case, including how to join, please open and review the attached documents.

THIS ELECTRONIC NOTICE AND ITS CONTENTS ARE NOT SPAM OR A SOLICITATION TO JOIN A LAWSUIT. THE COURT HAS NOT TAKEN ANY POSITION REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR OF THE DEFENDANTS' DEFENSES.