**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SHANNON KLEMKA, on behalf of herself, individually, and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>– against –<br><br>DRAKMOR INC., and SHERYL R. MORSON, individually, and JOHN DRAKOPOULOS, individually,<br><br>Defendants. | 26 CV 8268 (RK) (JBD) |

**REMINDER- DEADLINE TO JOIN LAWSUIT IS**
**60 DAYS FROM MAILING ORIGINAL NOTICE]**

*Important: You are NOT being sued. This Notice is NOT a solicitation from a lawyer.*
*The Court authorized this Notice.*

This notice is to remind you that the deadline to opt-in to the wage-and-hour lawsuit currently pending against DRAKMOR INC., which does business as both Flemington Diner and Flemington-Raritan Diner located at 324 Route 31, Flemington, New Jersey, and individuals SHERYL R. MORSON and JOHN DRAKOPOULOS (together as "Defendants"), is [*60 days from mailing of original notice]*. If you want to participate in the lawsuit as detailed in the prior "Court Authorized Notice of Lawsuit" that was mailed to you on or about [DATE], and that is also enclosed herewith for your convenience, you must take two steps:

**STEP 1:** **COMPLETE AND SIGN THE ATTACHED "CONSENT TO JOIN LAWSUIT" FORM; *AND***

**STEP 2:** **MAIL THE "CONSENT TO JOIN LAWSUIT" FORM TO THE ADDRESS BELOW TO ALLOW FOR FILING BY ON OR BEFORE [60 days from mailing of original notice]:**

Borrelli & Associates, P.L.L.C.
910 Franklin Avenue, Suite 205
Garden City, New York 11530
Tel: (516) 248-5550

You can also: fax this Consent to Join Lawsuit form to (516) 248-6027; or scan and email it to **mjb@employmentlawyernewyork.com**

If you are receiving this Notice, you should only make your decision to participate in this lawsuit after reviewing the information contained in the Court Authorized Notice of Lawsuit. If you have not received the Court Authorized Notice of Lawsuit, you may contact Borrelli & Associates, P.L.L.C., either by telephone at (516) 248-5550, or by e-mail at mjb@employmentlawyernewyork.com, to request a copy.

THE COURT HAS NOT TAKEN ANY POSITION IN THIS CASE REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR OF THE DEFENDANTS' DEFENSES.